1
2
3
4
5

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOVIAN WILLIAM DAVIS,<br><br>            Petitioner,<br><br>     v.<br><br>RAYMOND MADDEN, Warden,<br><br>            Respondent. | Case No. CV 13-8179-GW(LAL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY** |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, Petitioner's Objections to the Report and Recommendation, and the remaining record, and has made a *de novo* determination.

     Petitioner's Objections generally lack merit for the reasons set forth in the Report and Recommendation.

     Accordingly, IT IS ORDERED THAT:

     1.    The Report and Recommendation is approved and accepted;

     2.    Judgment be entered denying the Petition and dismissing this action with prejudice; and

     3.    The Clerk serve copies of this Order on the parties.

1         Additionally, for the reasons stated in the Report and Recommendation, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right.[1] Thus, the Court declines to issue a certificate of appealability.

DATED: October 17, 2016

                                    HONORABLE GEORGE H. WU
                                    UNITED STATES DISTRICT JUDGE

---

[1] See 28 U.S.C. § 2253; Fed. R. App. P. 22(b); Miller-El v. Cockrell, 537 U.S. 322, 336, 123 S. Ct. 1029, 154 L. Ed. 2d 931 (2003).